## OKLAHOMA CITY et al. v. PAGE.

No. 3735—Opinion Filed May 8, 1917.

(165 Pac. 164.)

### Appeal and Error—Failure to File Brief—Dismissal.

"Where the plaintiff in error fails to file a brief, as required by the rules of the Supreme Court, and offers no excuse for such failure, the appeal will be dismissed."

(Syllabus by Collier, C.)

Error from Superior Court, Oklahoma County; Edward Dewes Oldfield, Judge.

Action by Albert Page against the City of Oklahoma City and others. Temporary injunction granted, and defendants appeal. Dismissed.

J. W. Johnson, Geo. A. Matlack, and Warren K. Snyder, for plaintiffs in error.

Opinion by COLLIER, C. This is an action by the defendant in error against the plaintiff in error for a temporary injunction, which was granted, and from the granting of which this appeal is prosecuted.

This appeal was filed in this court on March 27, 1912, and submitted for decision September 27, 1915. The plaintiff in error has failed to file a brief, and has not offered an excuse for such failure, and therefore, under the unbroken line of decisions of this court, this appeal is dismissed. Board of County Commissioners of Garvin County v. Pyeatt, 54 Okla. 639, 154 Pac. 549; Wilcox v. Wooton, 60 Okla. 204, 159 Pac. 1118.

By the Court: It is so ordered.